UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HANOVER AMERICAN INSURANCE                     CIVIL ACTION
COMPANY

VERSUS                                          NO. 15-559

BRYAN GIBBS, et al                              SECTION "S" (2)

The record reflects that responsive pleadings have not been filed by defendants Bryan Gibbs, Brandon Gibbs, and Treneka Young and that the time for doing so under Fed. R. Civ. Proc. 12(a)(4) has passed.

It is ordered that counsel for plaintiff enter a default against the defendants or show good cause within 15 days of entry of this order why the defendants should not be dismissed for failure to prosecute. If counsel for plaintiff fails to enter a default or show good cause in writing, the aforementioned defendants will be dismissed without prejudice for failure to prosecute without further notice in accordance with F.R.Civ.P 41(b).

The record also reflects that service has not been effected upon the defendant Jonathan Norman.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon    a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly,

IT IS ORDERED that plaintiff show good cause in writing within twenty days why service of process has not been effected, or the unserved defendant will be dismissed

without notice.

    New Orleans, Louisiana, this 10th day of November , 2015.

                              MARY ANN VIAL LEMMON
                              UNITED STATES DISTRICT JUDGE